UNITED STATES of America, Plaintiff—Appellee,

v.

**Siobhan Teresa MCKEVITT,** Defendant—Appellant.

No. 00–50608.

D.C. No. CR–00–01570–W.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Siobhan Teresa McKevitt appeals her 51–month sentence imposed following a guilty plea conviction for importation of approximately 2.45 kilograms of cocaine, in violation of 21 U.S.C. §§ 952 and 960.

McKevitt's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. McKevitt has not filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998) (waiver of right to appeal is valid if knowing and voluntary), we enforce the waiver,[1] grant counsel's

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. Also, we would review any asserted Rule 11 deficiency for plain error, *see United States v. Ma,* 290 F.3d 1002, 1005 (9th Cir.2002), and there was no plain error here. *Id.*

motion to withdraw, and dismiss the appeal.

**DISMISSED.**